

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7527
Washington, DC 20530

Tel: (202) 514-3427

August 1, 2023

Catherine O'Hagan Wolfe
Clerk, United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York, 10007

    Attn: Yenni Liu, Case Manager

    Re: *Jane Doe v. United States of America*, No. 22-843 (2d Cir.)

Dear Ms. Wolfe:

    We write to ask you to remove Vanessa Avery, United States Attorney for the District of Connecticut, from the counsel list for appellees the United States, *et al.*, in the Court's opinion in this matter issued on August 1, 2023. Ms. Avery did not file an appearance in this case, and her office is recused in this matter. The reference to her on the cover of the United States' appellee brief was an inadvertent error on my part. Thank you for your assistance in this matter.

                                    Sincerely,

                                      s/<u>Lowell V. Sturgill Jr.</u>
                                      Lowell V. Sturgill Jr.
                                      (202) 514-3427
                                      *Attorneys, Civil Division*
                                      *Appellate Staff, Room 7527*
                                      *U.S. Department of Justice*
                                      *950 Pennsylvania Avenue, N.W.*
                                      *Washington, D.C. 20530*